**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): __19-_____  Chapter 15

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Imperial Tobacco Canada Limited

**2. Debtor's unique identifier**

For non-individual debtors:

☑ Federal Employer Identification Number (EIN)  9 8 – 0 4 5 4 3 7 4

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Paul Bishop

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  In the Matter of a Plan of Compromise or Arrangement of Imperial Tobacco Canada Limited et. al. (Ontario Superior Court of Justice (Commercial List) at Toronto)

**5. Nature of the foreign proceeding**

*Check one:*
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

| Debtor | Imperial Tobacco Canada Limited | Case number (*if known*) 19- |
|---|---|---|
| | Name | |

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

3711 Saint-Antoine Street
Number      Street

_____
P.O. Box

Montreal (Quebec)
City      State/Province/Region    ZIP/Postal Code

Canada            H4C 3P6
Country

**Individual debtor's habitual residence:**

_____
Number      Street

_____
P.O. Box

_____
City      State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**
TD South Tower
79 Wellington Street West
Toronto Dominion Center
Number      Street

Suite 2010, P.O. Box 104
P.O. Box

Toronto (Ontario)
City      State/Province/Region    ZIP/Postal Code

Canada            M5K 1G8
Country

**10. Debtor's website** (URL)   http://www.imperialtobaccocanada.com/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor  Imperial Tobacco Canada Limited            Case number (if known) 19-
        Name

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _Paul Bishop_   Paul Bishop
Signature of foreign representative   Printed name

Executed on  03/12/2019
             MM / DD / YYYY

X _____   _____
Signature of foreign representative   Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _[signature]_   Date  3/12/2019
Signature of Attorney for foreign representative   MM / DD / YYYY

Jennifer Feldsher
Printed name

Bracewell LLP
Firm name

1251 Avenue of the Americas
Number    Street

New York                          NY        10020
City                              State     ZIP Code

(212) 508-6100                    Jennifer.Feldsher@bracewell.com
Contact phone                     Email address

3989357                           NY
Bar number                        State